Miles M. Masog, #024927
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*Attorneys for Defendant Jefferson Capital Systems, LLC*

Email:   docket@rcdmlaw.com
            mmasog@rcdmlaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scheldon Ward,<br><br>            Plaintiff,<br><br>  v.<br><br>Jefferson Capital Systems,<br><br>            Defendant. | No. 2:21-cv-01020-PHX-DWL<br><br>**NOTICE OF SETTLEMENT** |

Defendant, Jefferson Capital Systems, LLC, by and through undersigned counsel, hereby provides notice to the court that the Parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted this <u>*10th*</u> day of August, 2021.

RENAUD COOK DRURY MESAROS, PA

By */s/ Miles M. Masog*
    Miles M. Masog
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417
    *Attorneys for Jefferson Capital Systems, LLC*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>*10th*</u> day of August, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Scheldon Ward – Pro Se
27295 N. 90th Ave.
Peoria, AZ 85383
Email: wardscheldon@yahoo.com

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

NA

By <u>*/s/ meb*</u>

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2, 2:21-cv-01020-PHX-DWL)    2478-0086    4222092_1.docx